NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL HAGAN, DOC #18547,            )
                                      )
            Appellant,                )
                                      )
v.                                    )      Case No. 2D17-3524
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenberry, Judge.

Michael Hagan, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, LUCAS, and BADALAMENTI, JJ., Concur.